UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

John J. Cronin a/k/a The Hudson Riverkeeper,

              Plaintiff(s),

  -v-                                                    No. 93 Civ. 314 (LTS)

William K. Reilly,

              Defendant(s).
-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

The Status Conference scheduled for June 19, 2009, is rescheduled for September 4, 2009, at 4:00 p.m. in Courtroom 11C.

Dated: New York, New York
        June 8, 2009

                                                LAURA TAYLOR SWAIN
                                                United States District Judge