


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 2 OCT 2010

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

October 8, 2010

**BY FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street, Room 755
New York, NY 10007
Fax: (212) 805-0426

**MEMO ENDORSED**

    Re: *Cronin, et al. v. Riley*, 93 Civ. 314 (LTS)

Dear Judge Swain:

    This Office represents the United States Environmental Protection Agency (the "EPA"), the defendant in the above-referenced matter. With plaintiffs' request, I write respectfully to request an adjournment of the status conference in this matter, which is currently scheduled for October 14, 2010, to a date that is convenient for the Court during the week of November 1, 2010.[1] As the parties previously reported, EPA and the plaintiffs reached a proposed settlement of this matter. EPA currently is in the process of obtaining the necessary approvals within the government for that proposed settlement.

    I thank the Court for its consideration of this adjournment request.

*The conference is adjourned to November 5, 2010 at 11:30AM.*

*SO ORDERED.*
NEW YORK, NY
Oct 12, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,

PREET BHARARA
United States Attorney

By: s/ Li Yu
LI YU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc:  REED W. SUPER, ESQ. (By Fax)
     P. KENT CORRELL, ESQ.
     Facsimile: (646) 478-9258

     *Counsel for Plaintiffs*

---

[1] Plaintiffs' counsel is scheduled to appear at a court conference in another matter at 9 a.m. on November 2, 2010, but he is otherwise available that week.